Case 2:23-cv-00029   Document 12   Filed on 02/22/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTON SCOTT HALEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00029 |
| § | |
| MICHAEL K. MAHONEY, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 11), the Court enters final judgment dismissing this action with prejudice.

ORDERED on February 22, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE